[No. 24187-4-III.   Division Three.   April 18, 2006.]

JOE BASCETTA, *Appellant*, v. ADVANTAGE EQUIPMENT LEASING, L.L.C., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-04323-3, Harold D. Clarke III, J., entered May 2, 2005. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kato, JJ.

[No. 24130-1-III.   Division Three.   April 20, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS EDGARDO ROBLE SILVA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-1-00602-0, John M. Antosz, J., entered May 9, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kato, JJ.

[No. 54423-3-I.   Division One.   April 24, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL LAWRENCE YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01636-0, Thomas J. Wynne, J., entered June 9, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Cox and Ellington, JJ.

[No. 54804-2-I.   Division One.   April 24, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD W. MALONE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-04177-3, Anthony P. Wartnik, J., entered July 30, 2004. *Affirmed* by unpublished per curiam opinion.